**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-                                                    Case No. 8:26-mj-1827-AAS

JHON JAIRO TELLEZ SAGURA

**CLERK'S MINUTES**
Proceeding: Initial Appearance and Arraignment
*Courtroom 12A*

Judge: Lindsay S. Griffin, U.S. Magistrate Judge          Date: April 20, 2026
Deputy Clerk: Ashley Sanders                              Time: 2:11 p.m.
USPO: Paul Kelly                                          Recess: 2:23 p.m.
Court Reporter: Digital                                   Total Time: 12 min
Interpreter: James Plunkett, Spanish (sworn)

Counsel for USA: Jeff Chang, AUSA
Counsel for Defendant: Stephen Consuegra, AFPD

Court calls case and counsel enters appearances.

Court advises of certain constitutional rights. Defendant understands.

Oral motion for counsel. Court reviews completed financial affidavit. Court appoints
Federal Public Defender's Office.

Court advises of charges contained in Complaint. Defendant waives preliminary hearing.

BOND:       Government:  moves for detention.

            Defendant:     moves for release.

Court orders Defendant detained pending trial.

Oral due process order pronounced.

Recess.