AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Jhon Jairo TELLEZ SEGURA<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.  8:26-MJ-1827AAS<br>)<br>)<br>)<br>) |

RECEIVED U.S. MARSHALS
2026 APR 20 AM10:23

## ARREST WARRANT

APR 21 2026 AM9:55
FILED - USDC - FLMD - TPA

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*   Jhon Jairo TELLEZ SEGURA                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. § 1542 (False Statement in Application and Use of Passport)


Date:    April 19, 2026

_____
*Issuing officer's signature*

City and state:    Tampa, FL

Hon. Amanda Arnold Sansone, USMJ
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/19/2026 , and the person was arrested on *(date)* 4/19/2026
at *(city and state)*   TAMPA, FLORIDA            .

Date:   4/20/2026

_____
*Arresting officer's signature*

SPECIAL AGENT BRETTON CLARKE
*Printed name and title*