UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                     CASE NO. 8:26-mj-01827-AAS

JHON JAIRO TELLEZ SEGURA

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorney Samantha Beckman.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Erin Claire Favorit*
       Erin Claire Favorit
       Assistant United States Attorney
       Florida Bar No. 0104887
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Erin.Favorit@usdoj.gov

**U.S. v.  Tellez Segura**                          **Case No. 8:26-mj-01827-AAS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to the counsel of record.

*/s/ Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Florida Bar No. 0104887
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Erin.Favorit@usdoj.gov